No. 1216, October Term, 1966. ALLYN *v.* FLANNERY ET AL., 388 U. S. 912;

No. 1237, October Term, 1966. CORSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 387 U. S. 919;

No. 1239, October Term, 1966. JACKSON COUNTY PUBLIC WATER SUPPLY DISTRICT, No. 1 *v.* ONG AIRCRAFT CORP. ET AL., 387 U. S. 919;

No. 1242, October Term, 1966. GREEN *v.* ILLINOIS, 387 U. S. 930;

No. 1243, October Term, 1966. JACKSON *v.* NEW YORK, 387 U. S. 930;

No. 1256, October Term, 1966. DULAINE *v.* UNITED STATES, 387 U. S. 920;

No. 1303, October Term, 1966. CITY OF NEW ORLEANS ET AL. *v.* UNITED STATES ET AL., 387 U. S. 944;

No. 1319, October Term, 1966. BROOKS *v.* HUNTER ET AL., 388 U. S. 910;

No. 1325, October Term, 1966. GROSSMAN ET AL. *v.* STUBBS ET AL., 388 U. S. 910;

No. 1339, October Term, 1966. SPEVACK *v.* PIKE, 388 U. S. 913;

No. 514, Misc., October Term, 1966. POTTER ET AL. *v.* CALIFORNIA, 388 U. S. 924;

No. 939, Misc., October Term, 1966. KUSHMER *v.* UNITED STATES, 387 U. S. 914;

No. 1178, Misc., October Term, 1966. BELTOWSKI *v.* MINNESOTA, 387 U. S. 911;

No. 1194, Misc., October Term, 1966. FERGUSON ET AL. *v.* UNITED STATES, 388 U. S. 922;

No. 1267, Misc., October Term, 1966. MOCCIO *v.* NEW YORK, 387 U. S. 946; and

No. 1319, Misc., October Term, 1966. HAYES, AKA HASAN *v.* HENDRICK, COUNTY PRISONS SUPERINTENDENT, 387 U. S. 935. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.